January 27, 2021

Honorable Rodney Gilstrap
United States Eastern District Court
211 West Ferguson St.
Tyler, Texas 75702

Re:   Cause No. 2:20-cv-00154; *Jeremy Bates, et al vs. FCA US, LLC;* In The United States District Court For The Eastern District Of Texas Marshall Division

Dear Judge Gilstrap:

This case was mediated on Thursday, January 21, 2021 in person and remotely via Zoom.  All necessary parties and their representatives participated.

I am reporting to the court that all claims between Plaintiffs and Defendants were RESOLVED and the case DID SETTLE.

Yours Truly,
/s/ Richard Grainger
Richard Grainger, Mediator
P. O. Box 491  Tyler, Texas 75710   Phone: 903.595.3514
graingerpc@aol.com

RG/tf